## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br><br>Village of Washington Park<br><br>5218 N. Park Drive<br>Washington Park, IL 62204<br><br>　　　　Debtor(s)<br><br>SSN/FIN:  37−6001957 | In Proceedings<br>Under Chapter 9<br><br>BK 04−31911 |

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF CASE DISMISSAL

Notice is given that: pursuant to an Order entered on 9/7/05 the above referenced bankruptcy case has been dismissed due to the granting of the Motion to Dismiss filed by Eric Joelner, Fish Inc, Free Speech Inc, and First Amendment Inc and the case will be closed without further notice.  Any questions concerning this matter should be directed to the following:

　　　　Debtor(s) Attorney:　　Stephen R Clark
　　　　　　　　　　　　　　　104 S Charles St
　　　　　　　　　　　　　　　Belleville, IL 62220−2223
　　　　　　　　　　　　　　　(618) 233−5900

DATED: September 20, 2005

**WAYNE A. BANNERT**
CLERK OF THE BANKRUPTCY COURT