# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | In Proceedings Under Chapter 9 |
| VILLAGE OF WASHINGTON PARK | BK 04-31911 |
| Debtor | |
| SSN/FIN: 37-6001957 | |

## ORDER CLOSING CASE

The above-captioned chapter 9 case having been dismissed by prior order of the Court; there being no further matters that remain pending in the case; **IT IS ORDERED** that the case is **CLOSED**.

ENTERED: September 20, 2005         /s/ Kenneth J. Meyers         20
                                    UNITED STATES BANKRUPTCY JUDGE